ANTHONY P. CAPOZZI, CSBN 068525
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, CA 93711
Telephone: (559) 221-0200
Fax: (559) 221-7997
E-mail: capozzilaw@aol.com

Attorney for Defendant,
JOSEPH NOLAN

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO

* * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 10-CR-0131 AWI |
| Plaintiff, | STIPULATION TO CONTINUE DEFENDANT, JOSEPH NOLAN'S REQUEST TO TRAVEL |
| vs. | |
| JOSEPH NOLAN, | |
| Defendant. | |

IT IS HEREBY STIPULATED between the Defendant, JOSEPH NOLAN, by and through his attorney-of-record, Anthony P. Capozzi, and Plaintiff, by and through Assistant United States Attorney, Karen Escobar, that the Hearing now set for Monday, November 29, 2010 be continued to Monday, December 6, 2010 at 1:30 p.m.

It is further stipulated by the parties that any delay resulting from this continuance shall be excluded on the following basis:

1

     a.     Title 18, United States Code, Section 3161(h)(7)(A) -- that the ends of justice served by taking such action outweighs the best interest of the public and the defendant in a speedy trial.

     b.     Title 18, United States Code, Section 3161(h)(7)(B)(ii) -- that it is unreasonable to expect adequate preparation for pre-trial proceedings or for the trial itself with the time limits established due to the complexity of the case.

Respectfully submitted,

Dated: November 24, 2010

/s/ Anthony P. Capozzi  
Anthony P. Capozzi,  
Attorney for Defendant,  
JOSEPH NOLAN

Dated: November 24, 2010

/s/ Karen Escobar  
Karen Escobar,  
Assitant United States Attorney

## ORDER

IT IS SO ORDERED.  Good cause having been shown, the Hearing now set for Monday, November 29, 2010 is vacated and continued to Monday, December 6, 2010 at 1:30 p.m. Additionally, time shall be excluded by stipulation from the parties and pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(ii).

IT IS SO ORDERED.

Dated: November 29, 2010

CHIEF UNITED STATES DISTRICT JUDGE