1  ANTHONY P. CAPOZZI, CSBN 068525
   LAW OFFICES OF ANTHONY P. CAPOZZI
2  1233 W. Shaw Avenue, Suite 102
   Fresno, CA  93711
3  Telephone:  (559) 221-0200
   Fax:  (559) 221-7997
4  E-mail: capozzilaw@aol.com

5  Attorney for Defendant,
   JOSEPH NOLAN
6

7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                  EASTERN DISTRICT OF CALIFORNIA, FRESNO
10
                                * * * * *
11

12 | UNITED STATES OF AMERICA,       ) Case No.: 10-CR-0131 AWI
                                    )
13 |        Plaintiff,               ) STIPULATION TO TRAVEL FOR
                                    ) EMPLOYMENT PURPOSES
14 |   vs.                           )
                                    )
15 |                                 )
   | JOSEPH NOLAN,                   )
16 |                                 )
   |        Defendant.               )
17 |                                 )

18

19     IT IS HEREBY STIPULATED between the Defendant, JOSEPH NO, by and through his

20
   attorney of record, Anthony P. Capozzi, and Plaintiff, by and through Assistant United States
21
   Attorney, Karen Escobar, that the Defendant be granted permission to leave the Eastern District
22
   of California Sunday, April 10, 2011 to Wednesday, April 13, 2011 for business purposes.
23
24 (Final travel arrangements will not be confirmed until a decision is made by the court.)

25     Mr. NOLAN operates Cross Creek Building Center in Malibu, California which
26
   produces stone material.  He will fly to Oklahoma on Sunday, April 10 and stay one night then drive to
27

28

Little Rock, Arkansas on April 11th for one day. On April 12th he will drive to Wichita, Kansas and then return to Los Angeles on either April 12th or early on April 13th depending upon flight availability.   Mr. NOLAN is scheduled to report to his Pretrial Services Officer's office on Thursday, April 14, 2011.

The purpose of this trip is for business meetings and to survey installation sites.  Mr. NOLAN has been under the supervision of Pretrial Services for the past year and is currenlty out on a $500,000.00 property bond, which includes his home and the homes of family members.  Mr. NOLAN has complied with all of the conditions of his release, and with all the requests made of him by Pretrial Services.  His Los Angeles Pretrial Services Officer, Michelle Ries does not object to this request.

Respectfully submitted,

Dated:  April 6, 2011

      /s/ Anthony P. Capozzi
Anthony P. Capozzi,
Attorney for Defendant,
JOSEPH NOLAN

**ORDER**

Good cause having been shown, Mr. NOLAN's conditions of release shall be modified to allow him to travel from Sunday, April 10, 2011 to Wednesday, April 13, 2011 for job related purposes.

IT IS SO ORDERED.

Dated:   **April 7, 2011**          **/s/ Gary S. Austin**
                                    UNITED STATES MAGISTRATE JUDGE

3