ANTHONY P. CAPOZZI, CSBN: 068525
NICHOLAS A. CAPOZZI, CSBN: 275568
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, California  93711
Telephone:  (559) 221-0200
Facsimile:  (559) 221-7997
E-mail:  capozzilaw@aol.com

Attorney for Defendant,
JOSEPH NOLAN

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>JOSEPH NOLAN,<br><br>　　　　Defendant. | Case No.: 1:10-CR-00131 AWI<br><br>AMENDED STIPULATION AND ORDER TO SUBORDINATE PROPERTY BOND<br><br>Hon. Anthony W. Ishii |

　　**IT IS HEREBY STIPULATED** between the Defendant JOSEPH NOLAN, by and through his attorney, Anthony P. Capozzi, and Plaintiff, by and through Assistant United States Attorney, Karen Escobar, that the property located at 5827 Allott Avenue, Van Nuys, California 91401, having been posted as a bond for Defendant, under Deed of Trust # 20100411443, be released in order for Gary Inouye to refinance the property. Mr. Inouye intends to refinance to lower the interest rate. Mr. Inouye will not receive any cash funds for the refinance.
///

**IT IS FURTHER STIPULATED** that the Deed of Trust # 20100411443 be put back on the property upon the conclusion of the refinance transaction.

Respectfully submitted,

DATED: October 12, 2011

*/s/Anthony P. Capozzi*

Anthony P. Capozzi
Attorney for,
JOSEPH NOLAN

DATED: October 12, 2011

*/s/Karen Escobar*

Karen Escobar
Attorney for,
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 1:10-CR-00131 AWI |
| )  Plaintiff, ) | |
| ) vs. ) | ORDER |
| ) JOSEPH NOLAN, ) | |
| )  Defendant. ) | |
| ) | Hon. Anthony W. Ishii |

Upon review of the <u>Amended</u> Stipulation to Subordinate the Property Bond, and good cause having been shown:

**IT IS HEREBY ORDERED** that the property bond on 5827 Allott Avenue, Van Nuys, California 91401, posted on behalf of Joseph Nolan, under Deed of Trust # 20100411443, shall be released.

It is **FURTHER ORDERED** that the Deed of Trust # 20100411443 be put back on said property upon the completion of the refinancing transaction.

IT IS SO ORDERED.

Dated:   October 14, 2011               _____

CHIEF UNITED STATES DISTRICT JUDGE