BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare St., Suite 4401
Fresno, CA  93721
Telephone:  (559) 497-4000
Facsimile:   (559) 497-4575

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH NOLAN,<br><br>Defendant. | CASE NO.  Cr  1:10-cr-00131 AWI-DLB<br><br>CORRECTED STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT;  FINDINGS AND ORDER |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a status conference on Monday, September 24, 2012, at 1:00 p.m.

2. By this stipulation, defendant now moves to continue the hearing date until October 22, 2012, at 1:00 p.m. and to exclude time between September 24, 2012, and October 22, 2012. Plaintiff does not oppose this request.

3. The parties agree and stipulate, and request that the Court find the following:

   a. Anthony Capozzi, counsel for defendant, is currently in a murder trial and is unavailable to reach a final resolution of this matter with his client.

1

   b.  Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   c.  The government does not object to the continuance.

   d.  Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

   e.  For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of September 24, 2012, to October 22, 2012, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

  4.  Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

DATED:  September 19, 2012.  Respectfully submitted,

             BENJAMIN B. WAGNER
             United States Attorney

             /s/ Karen A. Escobar_____
             KAREN A. ESCOBAR
             Assistant United States Attorney

DATED:  September 19, 2012.

             /s/ Anthony Capozzi_____

ANTHONY CAPOZZI
MICHAEL D. NASATIR
Counsel for Defendant

**O R D E R**

IT IS SO ORDERED.

Dated:   **September 20, 2012**          /s/ *Dennis L. Beck*
                                    UNITED STATES MAGISTRATE JUDGE

3