BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant U.S. Attorney
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:10-CR-00131-AWI |
| ) | |
| Plaintiff, ) | PRELIMINARY ORDER OF FORFEITURE |
| ) | |
| v. ) | |
| ) | |
| JOSEPH NOLAN, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

Based upon the plea agreement entered into between plaintiff United States of America and defendant Joseph Nolan, it is hereby ORDERED, ADJUDGED, AND DECREED as follows:

1. Pursuant to 21 U.S.C. § 853, defendant Joseph Nolan's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

    a. Grow Equipment: 65 sets of bubble bags,
    b. Grow Equipment: 42 Lumatek - LK1000 transformers,
    c. Grow Equipment: 9 1000 watt transformers,
    d. Grow Equipment: Nextgen transformer,
    e. Grow Equipment: 51 Hydrofarm reflective light hoods,
    f. Grow Equipment: 2 Carbon Filers,
    g. Grow Equipment: 2 Sentinel $CO_2$ generators,
    h. Grow Equipment: 2 Bug fumigation canisters,
    i. Grow Equipment: Trim Reaper - Marijuana trimmer,

1          j.   Grow Equipment: Water filter, and
2          k.   Grow Equipment: 2 Vent Fans 10".

3    2.   The above assets were used, or intended to be used, in any
4 manner or part, to commit, or to facilitate the commission of a
5 violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A), and 846.

6    3.   Pursuant to Rule 32.2(b), the Attorney General (or a
7 designee) shall be authorized to seize the above-listed property.
8 The aforementioned property shall be seized and held by the United
9 States Marshals Service in their secure custody and control.

10   4.   a.   Pursuant to 21 U.S.C. § 853(n) and Local Rule 171, the
11 United States shall publish notice of the order of forfeiture.
12 Notice of this Order and notice of the Attorney General's (or a
13 designee's) intent to dispose of the property in such manner as the
14 Attorney General may direct shall be posted for at least 30
15 consecutive days on the official internet government forfeiture site
16 www.forfeiture.gov.  The United States may also, to the extent
17 practicable, provide direct written notice to any person known to
18 have alleged an interest in the property that is the subject of the
19 order of forfeiture as a substitute for published notice as to those
20 persons so notified.

21        b.   This notice shall state that any person, other than
22 the defendants, asserting a legal interest in the above-listed
23 property, must file a petition with the Court within sixty (60) days
24 from the first day of publication of the Notice of Forfeiture posted
25 on the official government forfeiture site, or within thirty (30)
26 days from receipt of direct written notice, whichever is earlier.

27   5.   If a petition is timely filed, upon adjudication of all
28 third-party interests, if any, this Court will enter a Final Order of

1  Forfeiture pursuant to 21 U.S.C. § 853, in which all interests will
2  be addressed.
3  IT IS SO ORDERED.

Dated:   May 23, 2013

_____
SENIOR DISTRICT JUDGE