ANTHONY P. CAPOZZI, CSBN: 068525
NICHOLAS A. CAPOZZI, CSBN: 275568
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, California  93711
Telephone:  (559) 221-0200
Facsimile:  (559) 221-7997
E-mail:  anthony@capozzilawoffices.com
www.capozzilawoffices.com

Attorney for Defendant,
JOSEPH NOLAN

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    vs.<br><br><br>JOSEPH NOLAN,<br><br>        Defendant. | Case No.: 1:10-CR-00131 AWI<br><br>STIPULATION AND ORDER TO<br>CONTINUE SENTENCING<br><br><br>Date: October 21, 2013<br>Time:  10:00 a.m.<br>Hon. Anthony W. Ishii |

Defendant, JOSEPH NOLAN, by and through his attorney of record, Anthony P. Capozzi and the United States Attorney by and through Karen A. Escobar, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on October 21, 2013, at 10:00 a.m.

2. The parties agree and stipulate that Defendant requests this court to continue the sentencing until **February 3, 2014, at 10:00 a.m.**

3. Additionally, the parties agree and stipulate, and request that the Court find the following:

     a. The Defendant pled guilty on April 29, 2013. Ongoing negotiations have been taking place between the Government and the Defendant. The parties anticipate that by February 3, 2014, the required investigations and discovery will be completed.

     b. The parties request that Informal Objections be filed on January 6, 2014, and Formal Objections be filed on January 21, 2014.

     c. The Government does not object to the continuances requested herein.

Respectfully submitted,

DATED: September 19, 2013    */s/Karen A. Escobar*
KAREN A. ESCOBAR
Attorney for United States


DATED: September 19, 2013    */s/Anthony P. Capozzi*
ANTHONY P. CAPOZZI
Attorney for Defendant
JOSEPH NOLAN

**ORDER**

For reasons set forth above, the continuance requested by the parties is granted for good cause.

**IT IS ORDERED** that the sentencing currently scheduled for October 21, 2013, at 10:00 a.m. is continued to **February 3, 2014, at 10:00 a.m.** and the Informal Objections are due on January 6, 2014, and the Formal Objections are due on January 21, 2014.

IT IS SO ORDERED.

Dated:   September 19, 2013                    _____
                                                SENIOR DISTRICT JUDGE