# United States District Court
## EASTERN DISTRICT OF CALIFORNIA



**FILED**
OCT 0 7 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

|  |  |
|---|---|
| United States of America ) | |
| vs. ) | Case No. |
| Joseph NOLAN ) | 1:10-CR-00131-AWI-001 |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, ___Joseph Nolan___, have discussed with ___Francisco J. Guerrero___, Pretrial Services Officer, modifications of my release conditions as follows:

**Remove the following condition of release**: Submit to drug and/or alcohol testing as directed by the PSO. All other previously ordered conditions, not in conflict with this order, shall remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  9-25-13        _____  10/7/13
Signature of Defendant   Date           Pretrial Services Officer   Date
Joseph Nolan                             Francisco J. Guerrero

I have reviewed the conditions and concur that this modification is appropriate.

_____                   10/7/13
Signature of Assistant United States Attorney   Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                   10/1/13
Signature of Defense Counsel            Date

### ORDER OF THE COURT

☒ The above modification of conditions of release is ordered, to be effective on ___October 7, 2013___
☐ The above modification of conditions of release is *not* ordered.

_____                   10/7/13
Signature of Judicial Officer           Date

cc:   U.S. Attorney's Office, Defense Counsel, Pretrial Services