ANTHONY P. CAPOZZI, CSBN: 068525
NICHOLAS A. CAPOZZI, CSBN: 275568
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, California  93711
Telephone:  (559) 221-0200
Facsimile:  (559) 221-7997
E-mail:  anthony@capozzilawoffices.com
www.capozzilawoffices.com

Attorney for Defendant,
JOSEPH NOLAN

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO

| UNITED STATES OF AMERICA, | ) Case No.: 1:10-CR-00131 AWI |
|---|---|
| Plaintiff, | ) |
| vs. | ) STIPULATION AND ORDER TO |
| | ) CONTINUE SENTENCING |
| JOSEPH NOLAN, | ) |
| | ) Date: February 3, 2014 |
| | ) Time:  10:00 a.m. |
| Defendant. | ) Hon. Anthony W. Ishii |

    Defendant, JOSEPH NOLAN, by and through his attorney of record, Anthony P. Capozzi and the United States Attorney by and through Karen A. Escobar, hereby stipulate as follows:

    1. By previous order, this matter was set for sentencing on February 3, 2014, at 10:00 a.m.

    2. The parties agree and stipulate that Defendant requests this court to continue the sentencing until **June 30, 2014, at 10:00 a.m.**

    3. Additionally, the parties agree and stipulate, and request that the Court find the following:

a. The Defendant pled guilty on April 29, 2013. Ongoing negotiations have been taking place between the Government and the Defendant. The parties anticipate that by June 30, 2014, the required investigations and discovery will be completed.

b. The parties request that Informal Objections be filed on June 2, 2014, and Formal Objections be filed on June 16, 2014.

c. The Government does not object to the continuances requested herein.

Respectfully submitted,

DATED: January 10, 2014          */s/Karen A. Escobar*
                                 KAREN A. ESCOBAR
                                 Attorney for United States


DATED: January 10, 2014          */s/Anthony P. Capozzi*
                                 ANTHONY P. CAPOZZI
                                 Attorney for Defendant
                                 JOSEPH NOLAN

**ORDER**

For reasons set forth above, the continuance requested by the parties is granted for good cause.

**IT IS ORDERED** that the sentencing currently scheduled for February 3, 2014, at 10:00 a.m. is continued to **June 30, 2014, at 10:00 a.m.** and the Informal Objections are due on June 2, 2014, and the Formal Objections are due on June 16, 2014.

IT IS SO ORDERED.

Dated:  January 10, 2014                    _____
                                            SENIOR DISTRICT JUDGE