ANTHONY P. CAPOZZI, CSBN: 068525
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, California  93711
Telephone:  (559) 221-0200
Facsimile:  (559) 221-7997
E-mail: anthony@capozzilawoffices.com
www.capozzilawoffices.com

Attorney for Defendant,
JOSEPH NOLAN

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 1:10-CR-00131-AWI |
| Plaintiff, | ) |
| vs. | ) STIPULATION AND ORDER TO |
| JOSEPH NOLAN, | ) EXONERATE BOND |
| Defendant. | ) |

**TO THE ABOVE-ENTITLED COURT AND THE UNITED STATES ATTORNEY FOR THE EASTERN DISTRICT OF CALIFORNIA:**

IT IS HEREBY STIPULATED AND AGREED between Plaintiff, United States of America, and Defendant, JOSEPH NOLAN, by and through his attorney of record, Anthony P. Capozzi, that the following property bond posted as collateral in the above referenced matter be exonerated.

1. Gary Inouye and Karen Inouye, Deed No. 20100411443, Docket # 12, filed March 29, 2010.

2. Said Deed No. 20100411443 was Subordinated by Stipulation and Order on October 14, 2011, and not returned to the court.

DATED: May 15, 2014					Respectfully submitted,

							*/s/Karen A. Escobar*
							United States Attorney


DATED: May 15, 2014					Respectfully submitted,

							*/s/Anthony P. Capozzi*
							ANTHONY P. CAPOZZI
							Attorney for, JOSEPH NOLAN


\* \* \* \* \*

**ORDER**

**IT IS HEREBY ORDERED** that the property bond (Doc. 12, filed on March 29, 2010) posted to secure the release of Defendant, Joseph Nolan is exonerated.

IT IS SO ORDERED.

Dated: **May 15, 2014**			/s/ *Barbara A. McAuliffe*
						UNITED STATES MAGISTRATE JUDGE