ANTHONY P. CAPOZZI, CSBN: 068525
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, California  93711
Telephone:  (559) 221-0200
Facsimile:  (559) 221-7997
E-mail:  anthony@capozzilawoffices.com
www.capozzilawoffices.com

Attorney for Defendant,
JOSEPH NOLAN

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO

| UNITED STATES OF AMERICA, | ) Case No.: 1:10-CR-00131 AWI |
|---|---|
| Plaintiff, | ) |
| vs. | ) *AMENDED* STIPULATION AND ) ORDER TO CONTINUE SENTENCING |
| JOSEPH NOLAN, | ) Date: June 30, 2014 |
| Defendant. | ) Time:  10:00 a.m. ) Hon. Anthony W. Ishii |

Defendant, JOSEPH NOLAN, by and through his attorney of record, Anthony P. Capozzi and the United States Attorney by and through Karen A. Escobar, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on June 30, 2014, at 10:00 a.m.

2. The parties agree and stipulate that Defendant requests this court to continue the sentencing until **November 3, 2014, at 10:00 a.m.**

3. Additionally, the parties agree and stipulate, and request that the Court find the following:

  a. The Defendant pled guilty on April 29, 2013. Ongoing negotiations have been taking place between the Government and the Defendant. The parties anticipate that by November 3, 2014, the required investigations and discovery will be completed.

  b. The parties request that Informal Objections be filed on October 6, 2014, and Formal Objections be filed on October 20, 2014.

  c. The Government does not object to the continuances requested herein.

             Respectfully submitted,

DATED: May 27, 2014     */s/Karen A. Escobar*
             KAREN A. ESCOBAR
             Attorney for United States


DATED: May 27, 2014     */s/Anthony P. Capozzi*
             ANTHONY P. CAPOZZI
             Attorney for Defendant
             JOSEPH NOLAN

**ORDER**

For reasons set forth above, the continuance requested by the parties is granted for good cause.

The sentencing currently scheduled for June 30, 2014, at 10:00 a.m. is continued to **November 3, 2014, at 10:00 a.m.** and the Informal Objections are due on October 6, 2014, and Formal Objections be filed on October 20, 2014.

IT IS SO ORDERED.

Dated:  May 27, 2014                     _____
                                          SENIOR DISTRICT JUDGE