BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare St., Suite 4401
Fresno, CA  93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4575

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>      v.<br><br>JOSEPH NOLAN,<br><br>             Defendant. | CASE NO.: 1:10-cr-00131-AWI<br><br>STIPULATION AN ORDER TO<br>CONTINUE SENTENCING |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. The parties to the above-captioned matter agree to vacate the defendant's Monday, November 3, 2014, sentencing hearing and reset the matter for January 26, 2015, at 10:00 a.m.

2. The continuance is necessitated by the need to effectuate the terms of the plea agreement.

////

////

////

////

////

1

IT IS SO STIPULATED.

DATED: October 1, 2014.   Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

/s/ Karen A. Escobar
KAREN A. ESCOBAR
Assistant United States Attorney

DATED: October 1, 2014.

/s/ Anthony Capozzi
ANTHONY CAPOZZI
MICHAEL D. NASATIR
Counsel for Defendant

**O R D E R**

IT IS SO ORDERED.

Dated: October 2, 2014

_____
SENIOR DISTRICT JUDGE

2