**ANTHONY P. CAPOZZI, CSBN: 068525**
**LAW OFFICES OF ANTHONY P. CAPOZZI**
1233 W. SHAW AVE., SUITE 102
FRESNO, CALIFORNIA 93711
PHONE: (559) 221-0200
FAX: (559) 221-7997
EMAIL: Anthony@capozzilawoffices.com
www.capozzilawoffices.com

ATTORNEY FOR Defendant,
JOSEPH NOLAN

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

* * * * * *

| UNITED STATES OF AMERICA, | Case No.: 1:10-CR-00131-AWI |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE SENTENCING** |
| v. | |
| JOSEPH NOLAN, | Date: **March 30, 2015** |
| | Time: **10:00 am** |
| Defendant. | Courtroom: **2** |
| | **Hon. Anthony W. Ishii** |

Defendant, JOSEPH NOLAN, by and through his attorney of record, Anthony P. Capozzi and the United States Attorney by and through their attorney of record, Karen A. Escobar, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on March 30, 2015, at 10:00 a.m.

2. The parties agree and stipulate that Defendant requests this court to continue the sentencing until **April 27, 2015, at 10:00 a.m.**

3. Additionally, the parties agree and stipulate, and request that the Court find the following:

   a. The Defendant pled guilty on April 29, 2013.  Ongoing negotiations have been taking place between the Government and the Defendant. The parties anticipate that by April 27, 2015, the required investigations and discovery will be completed.

b. The parties request that Informal Objections be filed on April 6, 2015, and Formal Objections be filed on April 20, 2015.

c. The Government does not object to the continuances requested herein.

Respectfully submitted,

DATED: March 9, 2015    By: */s/Anthony P. Capozzi*
ANTHONY P. CAPOZZI
Attorney for Defendant JOSEPH NOLAN

DATED: March 9, 2015    By: */s/Karen A. Escobar*
KAREN A. ESCOBAR
Assistant United States Attorney

## **ORDER**

For reasons set forth above, the continuance requested by the parties is granted for good cause.

**IT IS ORDERED** that the sentencing currently scheduled for March 30, 2015, at 10:00 a.m. is continued to **April 27, 2015, at 10:00 a.m.** and the Informal Objections are due on April 6, 2015, and Formal Objections be filed on April 20, 2015.

IT IS SO ORDERED.

Dated:   March 9, 2015                   _____
SENIOR DISTRICT JUDGE