**ANTHONY P. CAPOZZI, CSBN: 068525**
**LAW OFFICES OF ANTHONY P. CAPOZZI**
1233 W. SHAW AVE., SUITE 102
FRESNO, CALIFORNIA 93711
PHONE: (559) 221-0200
FAX: (559) 221-7997
EMAIL: Anthony@capozzilawoffices.com
www.capozzilawoffices.com

ATTORNEY FOR Defendant,
JOSEPH NOLAN

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

* * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH NOLAN,<br><br>Defendant. | Case No.: 1:10-CR-00131-AWI<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING**<br><br>Date: **April 27, 2015**<br>Time: **10:00 am**<br>Courtroom: **2**<br>**Hon. Anthony W. Ishii** |

Defendant, JOSEPH NOLAN, by and through his attorney of record, Anthony P. Capozzi and the United States Attorney by and through their attorney of record, Karen A. Escobar, hereby stipulate as follows:

1. This matter was set for Motion to Continue Sentencing on April 27, 2015, at 10:00 a.m.

2. The parties agree and stipulate that the sentencing date bet set on **May 18, 2015, at 10:00 a.m.**

3. Additionally, the parties agree and stipulate, and request that the Court find the following:

    a. That Formal Objections be filed on May 4, 2015.

    b. The parties also request that the motion hearing set for April 27, 2015, at 10:00 a.m. be vacated.

Respectfully submitted,

DATED:   April 21, 2015         By:   */s/Anthony P. Capozzi*
                                       ANTHONY P. CAPOZZI
                                       Attorney for Defendant JOSEPH NOLAN


DATED:   April 21, 2015         By:   */s/Karen A. Escobar*
                                       KAREN A. ESCOBAR
                                       Assistant United States Attorney


## **ORDER**

For reasons set forth above, the continuance requested by the parties is granted for good cause.

**IT IS ORDERED** that sentencing is continued to **May 18, 2015, at 10:00 a.m.**, the motion hearing set for April 27, 2015, is vacated and Formal Objections be filed on May 4, 2015.


IT IS SO ORDERED.

Dated:   April 22, 2015         _____
                                SENIOR  DISTRICT  JUDGE