**ANTHONY P. CAPOZZI, CSBN: 068525**
**LAW OFFICES OF ANTHONY P. CAPOZZI**
1233 W. SHAW AVE., SUITE 102
FRESNO, CALIFORNIA 93711
PHONE: (559) 221-0200
FAX: (559) 221-7997
EMAIL: Anthony@capozzilawoffices.com
www.capozzilawoffices.com

ATTORNEY FOR Defendant,
JOSEPH NOLAN

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
\* \* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH NOLAN,<br><br>Defendant. | Case No.: 1:10-CR-00131-AWI<br><br>***AMENDED* MOTION TO CONTINUE SENTENCING TO JUNE 22, 2015 AT 10:00 A.M.**<br>***EVIDENTIARY HEARING REQUESTED***<br><br>Date: **May 18, 2015**<br>Time: **10:00 am**<br>Courtroom: **2** |

Defendant, JOSEPH NOLAN, by and through his attorney of record, Anthony P. Capozzi and Michael D. Nasatir hereby request that the sentencing of Defendant, Joseph Nolan, presently set for May 18, 2015, be continued to June 22, 2015. Said Request is based on the Declaration of Anthony P. Capozzi.

## DECLARATION OF ANTHONY P. CAPOZZI

I, ANTHONY P. CAPOZZI, DECLARE:

1. This attorney represents Joseph Nolan, along with attorney Michael D. Nasatir.

2. This matter has been continued a number of times due to certain negotiations which have been referred to in the Government's motion filed under seal on April 14, 2015.

3. Mr. Nasatir, Joseph Nolan, and Kent Costley, who prepared an alternative Presentence Report, are all from the Los Angeles area.

4. All of the persons mentioned including myself need to be present for the sentencing. Mr. Kent Costley is not available on May 18, 2015.

5. The sentencing issues are complex in terms of leadership, using a premises to grow marijuana and the state of the law regarding medical marijuana dispensaries and the proper scheduling of marijuana as a narcotic. An Evidentiary Hearing has been requested.

6. On May 13, 2015, Assistant United States Attorney, Karen Escobar, filed a Sentencing Memorandum with facts alleged that the Defendant contests.

7. On May 13, 2015, this attorney, while attending a meeting in San Francisco, was notified of the Government's memorandum and contacted the Assistant United States Attorney for a short continuance to respond to the Government's memorandum. The Assistant United States Attorney had just gotten of an airplane in Washington, D.C. and would be out until our court appearance on May 18, 2015.

8. The Assistant United States Attorney refused to agree to a continuance since the DEA had a large amount of the marijuana grow equipment in storage at the Government's expense.

9. The Defendant had agreed to forfeit the equipment to the Government on March 14, 2012. There isn't any need to keep the equipment in storage.

10. It is respectfully requested that the sentence date be continued to June 22, 2015.

Respectfully submitted,

DATED:   May 14, 2015          By:   */s/Anthony P. Capozzi*
                                     ANTHONY P. CAPOZZI
                                     Attorney for Defendant JOSEPH NOLAN

## **ORDER**

For reasons set forth above, the defendants request to continue the Sentencing hearing from May 18, 2015, to June 22, 2015, is hereby granted.

IT IS SO ORDERED.

Dated: __May 14, 2015__                    _____
                                              SENIOR DISTRICT JUDGE