**ANTHONY P. CAPOZZI, CSBN: 068525**
**LAW OFFICES OF ANTHONY P. CAPOZZI**
1233 W. SHAW AVE., SUITE 102
FRESNO, CALIFORNIA 93711
PHONE: (559) 221-0200
FAX: (559) 221-7997
EMAIL: Anthony@capozzilawoffices.com
www.capozzilawoffices.com


ATTORNEY FOR Defendant,
JOSEPH NOLAN

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
* * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>    v.<br><br>JOSEPH NOLAN,<br><br>      Defendant. | Case No.: 1:10-CR-00131-AWI<br><br>**REQUEST TO ACCELERATE SURRENDER DATE FROM NOVEMBER 2, 2015, TO OCTOBER 12, 2015, TO USP LOMPOC; ORDER THEREON** |

**TO:   THE HONORABLE JUDGE ANTHONY W. ISHII, AND TO THE UNITED STATES ATTORNEY AND THE UNITED STATES PROBATION OFFICE:**

Defendant, JOSEPH NOLAN, by and through his attorney of record Anthony P. Capozzi hereby requests that his surrender date of November 2, 2015, before 2:00 p.m. be accelerated to October 12, 2015, before 2:00 p.m. to the U.S. Penitentiary at Lompoc, Satellite Camp.

Said request is based upon the Declaration of Anthony P. Capozzi.

**DECLARATION OF ANTHONY P. CAPOZZI**

I, ANTHONY P. CAPOZZI, DECLARE:

1.   On June 22, 2015, Joseph Nolan was sentenced to a total term of 18 months in the custody of the United States Bureau of Prisons. (Exhibit A)

2.   On July 1, 2015, Mr. Nolan was designated to the U.S. Penitentiary at Lompoc

Satellite Camp and ordered to surrender on November 2, 2015. (Exhibit B)

    3.    The reason for the extended delay in the surrender date to November 2, 2015, was for business reasons which no longer exist.

    4.    It is respectfully requested that the surrender date be accelerated to October 12, 2015, by 2:00 p.m.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    Respectfully submitted,

DATED:   September 10, 2015   By:   */s/Anthony P. Capozzi*
    ANTHONY P. CAPOZZI
    Attorney for Defendant JOSEPH NOLAN

**ORDER**

Based upon the Request of the Defendant, Joseph Nolan, it is hereby ordered that the Defendant surrender to the United States Bureau of Prisons Satellite Camp at USP Lompoc on October 12, 2015 before 2:00 p.m.

IT IS SO ORDERED.

Dated:   September 10, 2015   _____
    SENIOR  DISTRICT  JUDGE